**Order entered April 30, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00982-CV

## DONALD O. OZUMBA, M.D., OSSM ORTHOPEDICS, AND OSM HOLDINGS, LLC, Appellants

## V.

## JANE DOE NO. 6, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-03960-2018**

### ORDER

Before the Court is the parties' joint notice of settlement and motion to abate. The parties state they have reached a tentative settlement of the case. They request that we abate the appeal for 30 days to allow them to finalize the settlement. We **GRANT** the parties' motion to abate. The parties are **ORDERED** to file by June 1, 2020, a motion to dismiss the appeal or a status report.

We **ABATE** this appeal.  It will be reinstated in thirty days from the date of this order or on further order of this Court.

/s/    LANA MYERS
JUSTICE